USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/20/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROSE OBISPO,

                Plaintiff,

-against-

BRONX LEBANON HOSPITAL, et al.,
                Defendants.
------------------------------------------------------------X

19 CIVIL 2815 (LAK)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 18, 2020, the government's motion for an order substituting the United States as the sole defendant is granted and the complaint is dismissed for lack of subject matter jurisdiction; accordingly, the case is closed.

**Dated:** New York, New York
        February 20, 2020

                                        **RUBY J. KRAJICK**

                                        **Clerk of Court**

                BY: _____
                                        **Deputy Clerk**